UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JOHN ARTHUR FRASER
TAMMY MAUREEN FRASER

    Debtors.

CASE NO. 10-41115-KKS
CHAPTER 13

CHAPTER 13 TRUSTEE'S NOTICE OF FILING
INTENTION TO CLOSE CASE WITH PROPOSED
PRELIMINARY FINAL REPORT AND ACCOUNT

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Intention to Close Case with Proposed Preliminary Final Report and Account, and states:

1. The Debtor(s) filed the Petition for Chapter 13 bankruptcy relief on Wednesday, November 24, 2010.

2. Although the Debtor(s) may not have completed all Plan payments due under the confirmed Plan base, there are funds sufficient to pay the claims in the confirmed Plan and the filed Proofs of Claim. If there are currently funds on hand, there may be a final disbursement which increases the sums by a nominal amount.

3. A copy of the Trustee's Preliminary Final Report summarizing the Trustee's receipts and disbursements is attached hereto.

**NOTICE IS HEREBY GIVEN** that any objection to the proposed Preliminary Final Report or closing of this case be filed with the Clerk of the United States Bankruptcy Court, 110 East Park Avenue, Suite 100, Tallahassee, Florida 32301 within twenty-one (21) days of the date of the mailing of this Notice, and a copy of the same shall be served on the Trustee. The objection shall state the reason for the objection. If no objection is filed, the Trustee will file the Preliminary Final Report and subsequently the Final Report and request the Court to enter an Order closing the case and discharging the Debtor(s).

**RESPECTFULLY SUBMITTED.**

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to the creditors listed on the attached mailing matrix on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF FLORIDA
                            TALLAHASSEE DIVISION
```

IN RE:                                                           CASE No.
                                                                 10-41115-KKS

    JOHN ARTHUR FRASER
    TAMMY MAUREEN FRASER
    P.O. BOX 180058
    TALLAHASSEE, FL 32318

                  PRELIMINARY FINAL REPORT AND ACCOUNT

                                                                SS#1 - XXX-XX-0150
                                                                SS#2 - XXX-XX-6823

| This Case was commenced on | This Plan was confirmed on | This Case was concluded on |
|---|---|---|
| 11/24/2010 | 06/01/2011 | 12/24/2015 |

ABOUT TO COMPLETE

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of creditors, and including a debtor refund.            $52,700.00

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| ALLEN P. TURNAGE, ESQ. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| ALLEN P. TURNAGE, ESQ. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| ALLEN P. TURNAGE, ESQ. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| ALLEN P. TURNAGE, ESQ. | A | 250.00 | 250.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK, FSl | U | 1,391.03 | 625.53 | 0.00 | 765.50 |
| AMERICAN EXPRESS BANK, FSl | U | 11,188.74 | 5,031.53 | 0.00 | 6,157.21 |
| AMERICAN EXPRESS BANK, FSl | U | 995.63 | 447.75 | 0.00 | 547.88 |
| AMERICAN EXPRESS CENTURIOl | U | 95.09 | 31.13 | 0.00 | 63.96 |
| BANK OF AMERICA | O | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA | U | 493.76 | 210.83 | 0.00 | 282.93 |
| CHASE BANK USA NA | U | 8,977.04 | 4,036.97 | 0.00 | 4,940.07 |
| CHASE BANK USA, N.A. | U | 432.08 | 194.30 | 0.00 | 237.78 |
| DISCOVER BANK | U | 6,862.62 | 3,086.11 | 0.00 | 3,776.51 |
| ECAST SETTLEMENT CORPORAT | U | 2,357.96 | 1,060.36 | 0.00 | 1,297.60 |
| FORD MOTOR CREDIT COMPANY | U | 6,428.30 | 2,890.81 | 0.00 | 3,537.49 |
| FORD MOTOR CREDIT COMPANY | V | 14,693.87 | 14,693.87 | 0.00 | 0.00 |
| JOHN ARTHUR FRASER | | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTICE ONLY | O | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | U | 2,406.04 | 1,081.97 | 0.00 | 1,324.07 |
| PORTFOLIO RECOVERY ASSOCI | U | 3,148.69 | 1,415.98 | 0.00 | 1,732.71 |
| PORTFOLIO RECOVERY ASSOCI | U | 3,840.41 | 1,727.02 | 0.00 | 2,113.39 |

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMEN' | U | 3,532.72 | 1,588.63 | 0.00 | 1,944.09 |
| PRA RECEIVABLES MANAGEMEN' | U | 2,562.20 | 1,152.20 | 0.00 | 1,410.00 |
| PRA RECEIVABLES MANAGEMEN' | U | 1,571.26 | 706.57 | 0.00 | 864.69 |
| QUANTUM3 GROUP LLC | U | 2,287.79 | 1,028.84 | 0.00 | 1,258.95 |
| VANDA, LLC | U | 7,058.08 | 3,173.98 | 0.00 | 3,884.10 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | DEB. REF | TOTAL |
|---|---|---|---|---|---|
| AMT. ALLOWED | 14,693.87 | 1,000.00 | 65,629.44 | 0.00 | 81,323.31 |
| PRIN. PAID | 14,693.87 | 1,000.00 | 29,490.51 | 0.00 | 45,184.38 |
| DIRECT PAY | 0.00 | 0.00 | 0.00 | | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
    DEBTOR'S ATTORNEY                  FEE ALLOWED         FEE PAID
    ALLEN P. TURNAGE, ESQ.             3,200.00         3,200.00

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING EXPENSE | NOTICING EXPENSE | TRUSTEE EXPENSE | TOTAL |
|---|---|---|---|
| 0.00 | 0.00 | 4,277.74 | 4,277.74 |

The Debtor(s) has made all payments as required under the Plan.

Dated: On the same date as reflected on the    /s/ Leigh D. Hart or
       Court's Docket as the electronic filing  /s/ William J. Miller, Jr.
CR_183  date for this document.                      OFFICE OF THE CHAPTER 13 TRUSTEE

# Mailing Information for Case 10-41115-KKS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Samantha Rosemary Carr**   sacarr@logs.com, electronicbankruptcynotices@logs.com
- **Christopher Giacinto**   cgiacinto@logs.com, electronicbankruptcynotices@logs.com
- **Leigh D. Hart**   ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- **Allen Turnage**   service@turnagelaw.com
- **United States Trustee**   USTPRegion21.TL.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**BANK OF AMERICA, N.A.**
BUILDING C, 2380 PERFORMANCE DR
RICHARDSON, TX 75082

**Capital One, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**HSBC Bank Nevada, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**PRA Receivables Management LLC**
PO Box 41067
Norfolk, VA 23541

**Vanda, LLC**
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

**eCAST Settlement Corporation**
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

Label Matrix for local noticing
1129-4
Case 10-41115-KKS
Northern District of Florida
Tallahassee
Thu Dec 31 11:00:43 EST 2015

BANK OF AMERICA, N.A.
BUILDING C, 2380 PERFORMANCE DR
RICHARDSON, TX 75082-4333

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

John Arthur Fraser
PO Box 180058
Tallahassee, FL 32318-0001

Tammy Maureen Fraser
PO Box 180058
Tallahassee, FL 32318-0001

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

Selene Finance LP
c/o Samantha Carr
Shapiro, Fishman & Gache, LLP
2424 North Federal Highway
Suite 360
Boca Raton, FL 33431-7701

U.S. Attorney (Tallahassee Office)
111 N. Adams Street
Fourth Floor
Tallahassee, FL 32301-7736

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATLANTA REG OFFICE AND REORG
950 E PACES FERRY RD NE STE 900
ATLANTA GA 30326-1382

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
TUCSON, AZ 85712-1083

AARP, Chase Visa
Attn: Bankruptcy Litigation Officer
PO Box 15298
Wilmington DE 19850-5298

American Express
Attn: Bankruptcy Litigation Officer
PO Box 981540
El Paso TX 79998-1540

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank of America
Attn: Bankruptcy Litigation Officer
PO Box 5170
Simi Valley CA 93062-5170

Best Buy
Attn: Bankruptcy Department
PO Box 15521
Wilmington DE 19850-5521

CAC Financial Corp
2601 NW Expressway Ste 1000 East
Oklahoma City OK 73112-7236

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

Capital Regional Medical Center
Attn: National Patient Accounting Serv
PO Box 99400
Louisville KY 40269-0400

Capital Regional Medical Center
Attn: Patient Accounting Department
PO Box 13829
Tallahassee FL 32317-3829

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Chase Visa
Attn: Bankruptcy Litigation Officer
PO Box 15298
Wilmington DE 19850-5298

Chevron
Attn: Bankruptcy Litigation Officer
P.O. Box 981430
El Paso TX 79998-1430

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

| | | |
|---|---|---|
| CitiBank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 6500<br>Sioux Falls SD 57117-6500 | Creditor Interchange<br>80 Holtz Drive<br>Buffalo NY 14225-1470 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Card<br>Attn: Bankruptcy Litigation Officer<br>PO Box 3025<br>New Albany OH 43054-3025 | Firstsource Advantage LLC<br>205 Bryant Woods South<br>Buffalo NY 14228-3609 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| GE Money Bank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 981127<br>El Paso TX 79998-1127 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| Home Depot<br>Attn: Bankruptcy Litigation Officer<br>PO Box 653000<br>Dallas TX 75265-3000 | JPMorgan Chase Legal Dept.<br>Attn: Philip A. Orsi<br>1191 East Newport Center Drive Ste 101<br>Deerfield Beach FL 33442-7736 | Juniper Card Services<br>Attn: Bankruptcy Litigation Officer<br>PO Box 8802<br>Wilmington DE 19899-8802 |
| Kohl's<br>Attn: Bankruptcy Litigation Officer<br>PO Box 359<br>Milwaukee WI 53201-0359 | Lowe's, GE Money Bank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 981064<br>El Paso TX 79998-1064 | NCO Financial Systems Inc.<br>231 N Kentucky Ave Ste HBD<br>Lakeland FL 33801-0001 |
| Nationwide Credit Inc.<br>2015 Vaughn Rd NW Ste 400<br>Kennesaw GA 30144-7802 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914 | Pinnacle Financial Group<br>7825 Washington Ave S Ste 310<br>Minneapolis MN 55439-2424 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QVC, GEMB<br>Attn: Bankruptcy Litigation Officer<br>PO Box 103104<br>Roswell GA 30076-9104 | Quantum3 Group Llc<br>Po Box 788<br>Kirkland, WA  98083-0788 |
| Rubin & Debski PA<br>PO Box 47718<br>Jacksonville FL 32247-7718 | Sam's Club, GE Money Bank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 103104<br>Roswell GA 30076-9104 | Sears Mastercard<br>Attn: Bankruptcy Litigation Officer<br>PO Box 6282<br>Sioux Falls SD 57117-6282 |
| Sunshine Savings Bank<br>Attn: Bankruptcy Litigation Officer<br>PO Box 31112<br>Tampa FL 33631-3112 | Tractor Supply Co.<br>Attn: Bankruptcy Litigation Officer<br>PO Box 653054<br>Dallas TX 75265-3054 | United States Trustee +<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 |
| Leigh D. Hart +<br>P.O. Box 646<br>Tallahassee, FL 32302-0646 | Allen Turnage +<br>Allen Turnage, P.A.<br>P.O. Box 15219<br>2344 Centerville Road, Suite 101<br>Tallahassee, FL 32308-4389 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |

| | | |
|---|---|---|
| Internal Revenue Service + <br> P.O. Box 7346 <br> Philadelphia, PA 19101-7346 | Samantha Rosemary Carr + <br> Shapiro, Fishman & Gach, LLP <br> 2424 N. Federal Highway, Suite 360 <br> Boca Raton, FL 33431-7701 | Christopher Giacinto + <br> c/o Shapiro, Fishman, & Gache, LLP <br> 4630 Woodland Corporate Blvd <br> Suite 100 <br> Tampa, FL 33614-2429 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission <br> Branch of Reorganization <br> 3475 Lenox Rd., N.E. Suite 100 <br> Atlanta, GA 30326-1323 | Citi <br> Attn: Bankruptcy Litigation Officer <br> PO Box 689020 <br> Des Moines IA 50368-9020 | Ford Motor Credit <br> Attn: Bankruptcy Litigation Officer <br> PO Box 6275 <br> Dearborn MI 48121-5275 |
| (d)Ford Motor Credit Company LLC <br> Dept 55953 <br> P O Box 55000 <br> Detroit MI 48255-0953 | Portfolio Recovery Associates, LLC <br> PO Box 41067 <br> Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC <br> POB 12914 <br> Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase Bank USA NA <br> PO Box 15145 <br> Wilmington, DE 19850-5145 | (d)Vanda, LLC <br> c/o Weinstein & Riley, P.S. <br> 2001 Western Ave., Ste. 400 <br> Seattle, WA 98121-3132 | (d)eCAST Settlement Corporation <br> c/o Bass & Associates, P.C. <br> 3936 E Ft. Lowell, Suite 200 <br> Tucson, AZ 85712-1083 |

End of Label Matrix <br>
Mailable recipients    62 <br>
Bypassed recipients     3 <br>
Total                  65